AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>USDC Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-14636 | DATE FILED<br>11/24/2026 | |
| PLAINTIFF<br>Kateryna Shamanska | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ThomasG.Bruton | R. Cornejo | 11/25/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-046**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Sunflowers form

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 28, 2019
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040939



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-002**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Victorian flowers Birds and berries

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 24, 2022
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040942



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-014**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Checkered Pattern and Colored Flowers

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 31, 2022
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040909



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-015**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Cherry Pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 01, 2018
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040910



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-047**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** sweet cherry skull

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 28, 2019
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040940



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-013**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Butterfly with skulls

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 22, 2019
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040908



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-009**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** 70s Inspired Bright Flower Pattern

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 29, 2020
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040902



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-012**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Bright flowers in Victorian style

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 01, 2022
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040907



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-020**

**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Dollar Banknotes

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 28, 2019
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040912


100
HF0513402E
F6
ONE HUNDRED

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-023**
**Effective Date of Registration:**
April 11, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Fly Agaric Mushrooms & Flowers

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 26, 2022
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040915

